Wayne Neubauer, an Infant, by Emil D. Neubauer, His Father and Next Friend, Plaintiff-Appellant, v. Wesley Duszak and Florence Duszak, Defendants-Appellees, Wesley Duszak, Jr. and Robert Duszak, Third Party Defendants-Appellees.

**Gen. No. 48,347.**

First District, Third Division.

June 7, 1961.

Rehearing denied July 19, 1961.

Russell Packard, of Chicago, for appellant; Drake Leoris, of Chicago, for

▮▮▮▮▮▮▮▮▮▮▮▮

defendants-appellees and third party defendants-appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.